[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 22-11023

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

MEHEF BEY,
a.k.a. Arthur L. Daniels,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:21-cr-00063-PGB-GJK-2

2                    Opinion of the Court                    22-11023

_____

Before LAGOA, BRASHER, and ANDERSON, Circuit Judges.

PER CURIAM:

H. Manuel Hernández, appointed counsel for Mehef Bey in this direct appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bey's convictions and sentences are **AFFIRMED**.